**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| IN RE: FTX TRADING LTD, *et al.,* | ) |
| | ) |
| | ) Bankruptcy Case No.: 22-11068 (KBO) |
| | ) Bankruptcy BAP No.: 26-40 |
| Debtors. | ) |
| | ) |
| SETH MELAMED, | ) |
| | ) |
| Appellant, | ) |
| | ) Civil Action No. 26-725-JLH |
| v. | ) |
| | ) |
| FTX RECOVERY TRUST, | ) |
| | ) |
| Appellee. | ) |
| | ) |

**ORDER**

At Wilmington, this 10th day of August 2026, having received a recommendation from Magistrate Judge Christopher J. Burke (D.I. 3) that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **September 9, 2026.**

2. Appellee's brief in opposition to the appeal is due on or before **October 9, 2026.**

3. Appellant's reply brief is due on or before **October 23, 2026.**

_____
The Honorable Jennifer L. Hall
United States District Judge